IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARTUS CORP., *et al.* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DANIEL SWEENEY, *et al.* | : | NO. 15-6789 |

## ORDER

**AND NOW**, this 28th day of October, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that this case be **TRANSFERRED** to the United States District Court for the District of Connecticut.

**IT IS SO ORDERED**.

**BY THE COURT**:


  /s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
United States Magistrate Judge